RECEIPT NO. ☐   (COURT USE ONLY)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

Rajesh M. Shah

v.

Zimmer Biomet Holdings, Inc., et al.

Cause No.: 3:16-cv-815-TLS-MGG

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Defendants

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Brown   First Name: Troy   Middle Name/Initial: S.

Generation (Sr, Jr, etc):

Firm Name: Morgan, Lewis & Bockius LLP

Street Address: 1701 Market Street   Suite/Room No.:

City: Philadelphia   State: PA   Zip: 19103

Office Telephone No.: (215) 963-5214   Fax No.: (215) 963-5001

E-Mail Address: troy.brown@morganlewis.com

**EDUCATION:**

College: Temple University   Degree: B.A.   Year Completed: 1993

Law School: Temple University, Beasley School of Law   Year Graduated: 1996

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| PA | 1996 | Active | 78085 |
| NJ | 1996 | Active | 02706 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S.D.C., D.N.J. | 1996 | Active |
| U.S.D.C., E.D. Pa. and U.S.D.C., M.D. Pa. | 1997 | Active |
| U.S.D.C., W.D. Mich. | 2012 | Active |
| U.S.C.A., 3d Cir. | 2003 | Active |
| U.S.C.A., 7th Cir. | 2011 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Troy S. Brown, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 12/28/16

Signature of Applicant



**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW: (Cont'd)**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S.C.A., 11th Cir. | 2016 | Active |

USDC IN/ND case 3:16-cv-00815-PPS-MGG document 7 filed 12/28/16 page 3 of 6

Considered and approved.

SO ORDERED.

Dated: _____            _____
                                                            Judge, U. S. District Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Troy S. Brown, Esq.*

### DATE OF ADMISSION

*November 22, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 8, 2016

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **TROY S BROWN** (No. **027061996**) was constituted and appointed an Attorney at Law of New Jersey on **December 16, 1996** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15TH** day of **November**, 20**16**

Clerk of the Supreme Court

-453a-