# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| RAJESH M. SHAH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZIMMER BIOMET HOLDINGS, INC., DAVID C. DVORAK, DANIEL P. FLORIN, and ROBERT J. MARSHALL JR.,<br><br>Defendants. | Case No. 3:16-cv-00815-TLS-MGG |

**NOTICE OF NON-OPPOSITION TO MOTION OF RAJESH SHAH, MATT BRIERLEY AND ERIC LEVY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Lead Plaintiff movants Rajesh Shah, Matt Brierley and Eric Levy ("Movants") respectfully submit this Notice of Non-Opposition and hereby notify the Court that their motion is unopposed. On January 31, 2017, Movants submitted their motion for appointment as lead plaintiff and approval of counsel. No similar motions were filed by any other putative class members in this action. Accordingly, Movants' motion for appointment as lead plaintiff and approval of counsel is unopposed.

Movants' motion papers previously submitted to the Court establish that they have satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure. Accordingly, Movants respectfully request this Court to issue an Order: (1) appointing Rajesh Shah, Matt Brierley and Eric Levy as Lead Plaintiff of this Action; (2) approving their selection of Glancy Prongay & Murray LLP as Lead Counsel with Katz & Korin, PC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem to be just and proper.

Dated: February 15, 2017                    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lionel Z. Glancy (*Pro Hac Vice to be filed*)
Robert V. Prongay (*Pro Hac Vice to be filed*)
Lesley F. Portnoy (*Admitted Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

**KATZ & KORIN, PC**
Offer Korin, Indiana Atty. No. 14014-49
334 North Senate Avenue
Indianapolis, IN 46204
317-464-1100 (tel.)
317-464-1111 (fax)
E-mail: okorin@katzkorin.com

*Attorneys for Movants*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 15, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Indiana, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2017, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

# Mailing Information for a Case 3:16-cv-00815-TLS-MGG Shah v. Zimmer Biomet Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Troy S Brown PHV**
  troy.brown@morganlewis.com,kathleen.kosiek@morganlewis.com

- **Offer Korin**
  okorin@katzkorin.com,cmurphy@katzkorin.com

- **Lesley F Portnoy PHV**
  lportnoy@glancylaw.com,info@glancylaw.com

- **Marc J Sonnenfeld PHV**
  marc.sonnenfeld@morganlewis.com

- **Paul A Wolfla**
  paul.wolfla@faegrebd.com,lisa.duboise@faegrebd.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)