UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAJESH M. SHAH, MATT BRIERLY, ERIC LEVY, and UFCW LOCAL 1500, Individually and on Behalf of All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZIMMER BIOMET HOLDINGS, INC., CHRISTOPHER B. BEGLEY, BETSY J. BERNARD, PAUL M. BISARO, GAIL K. BOUDREAUX, TONY W. COLLINS, DAVID C. DVORAK, MICHAEL J. FARRELL, DANIEL P. FLORIN, LARRY GLASSCOCK, ROBERT A. HAGEMANN, ARTHUR J. HIGGINS, ROBERT J. MARSHALL, JR., MICHAEL W. MICHELSON, CECIL B. PICKETT, PH.D., JEFFREY K. RHODES, GOLDMAN SACHS & CO., and J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | CAUSE NO. 3:16-CV-815-PPS-MGG |

## ORDER

Plaintiffs' Notice of Voluntary Dismissal of Defendants Goldman Sachs & Co. and J.P. Morgan Securities LLC Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) is **SO ORDERED**.  Defendants Goldman Sachs & Co. and J.P. Morgan Securities LLC, only, are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

ENTERED: October 6, 2017.

    s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**