**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| RAJESH M. SHAH, et. al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ZIMMER BIOMET HOLDINGS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-00815-PPS-MGG |

**PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF THE SETTLEMENT**

Court-appointed Lead Plaintiffs Rajesh Shah and Matt Brierley, and Plaintiffs UFCW Local 1500 and Steven Castillo (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, hereby respectfully submit this unopposed motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, requesting that the Court enter an order: (i) preliminarily approving the proposed settlement with defendants Zimmer Biomet Holdings, Inc., David C. Dvorak, Daniel P. Florin, Robert J. Marshall Jr., Tony W. Collins, Christopher B. Begley, Betsy J. Bernard, Paul M. Bisaro, Gail K. Boudreaux, Michael J. Farrell, Larry Glasscock, Robert A. Hagemann, Arthur J. Higgins, Michael W. Michelson, Cecil B. Pickett, and Jeffrey K. Rhodes (collectively, "Defendants" and together with Plaintiffs, the "Parties"); (ii) provisionally certifying a Settlement Class; (iii) approving the form and method for giving notice to Settlement Class Members as provided in the Stipulation and Agreement of Settlement dated April 14, 2020 (the "Stipulation"); and (iv) scheduling a final approval hearing.[1]  The Parties agreed upon [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") is attached to the Stipulation as Exhibit A.  This motion is unopposed by Defendants.

If the Court grants preliminary approval of the proposed Settlement, Plaintiffs respectfully request that the Court adopt the schedule for mailing and publication of notice to the Settlement Class, and the deadlines for submitting Claims and opting out of, or objecting to, the proposed Settlement, as set forth in the Preliminary Approval Order.  A summary of that schedule is set forth on page 25 of the Memorandum of Law.  As discussed therein, the Settlement Fairness Hearing should be scheduled at least 100 days after entry of the Preliminary Approval Order or at the Court's convenience thereafter.

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1

This motion is based upon the present motion, the supporting memorandum, the Declaration of Kara M. Wolke ("Wolke Declaration), the Stipulation (attached as Exhibit 1 to the Wolke Declaration), the Preliminary Approval Order submitted concurrently herewith, and all pleadings and records on file in this action.

Dated: April 14, 2020                                     Respectfully Submitted,

                                           **GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Kara M. Wolke*
Robert V. Prongay
Kara M. Wolke
Jason L. Krajcer
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
      kwolke@glancylaw.com
      jkrajcer@glancylaw.com
      lsolish@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**KIRBY McINERNEY LLP**
Ira M. Press
David A. Bishop
Thomas W. Elrod
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Email: ipress@kmllp.com
      dbishop@kmllp.com
      telrod@kmllp.com

*Counsel for UFCW Local 1500 and Additional Plaintiffs' Counsel*

**KATZ KORIN CUNNINGHAM PC**
Offer Korin, Indiana Atty. No. 14014-49
334 North Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 464-1100
E-mail: okorin@kkclegal.com

*Liaison Counsel*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867
Email: howardsmith@howardsmithlaw.com

*Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that on April 14, 2020, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

*s/ Kara M. Wolke*
Kara M. Wolke
