UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAJESH M. SHAH, et. al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ZIMMER BIOMET HOLDINGS, INC., et. al.<br><br>      Defendants. | Case No. 3:16-cv-00815-PPS-MGG |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION</u>**

Court-appointed Lead Plaintiffs Rajesh Shah and Matt Brierley, and Plaintiffs UFCW Local 1500 and Steven Castillo (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, hereby respectfully submit this motion, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of: (1) the [Proposed] Judgment Approving Class Action Settlement; and (2) the [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund.[1]

In support of this motion, Plaintiffs rely on their accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; the Declaration of Kara M. Wolke in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits thereto; all pleadings and records on file in this action; and such additional evidence or argument as may be presented at the hearing on this matter previously scheduled by the Court for September 3, 2020.

Dated: July 30, 2020                              Respectfully Submitted,

                                                  **GLANCY PRONGAY & MURRAY LLP**

                                                  By: _s/ Kara M. Wolke_
                                                  Robert V. Prongay
                                                  Kara M. Wolke
                                                  Jason L. Krajcer
                                                  Leanne H. Solish
                                                  1925 Century Park East, Suite 2100
                                                  Los Angeles, CA 90067
                                                  Telephone: (310) 201-9150
                                                  Email: rprongay@glancylaw.com

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 14, 2020.  ECF No. 246-1.

        kwolke@glancylaw.com
        jkrajcer@glancylaw.com
        lsolish@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**KIRBY McINERNEY LLP**
Ira M. Press
David A. Bishop
Thomas W. Elrod
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Email: ipress@kmllp.com
      dbishop@kmllp.com
      telrod@kmllp.com

*Counsel for UFCW Local 1500 and Additional Plaintiffs' Counsel*

**KATZ KORIN CUNNINGHAM PC**
Offer Korin, Indiana Atty. No. 14014-49
334 North Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 464-1100
E-mail: okorin@kkclegal.com

*Liaison Counsel*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Email: howardsmith@howardsmithlaw.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2020, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

*s/ Kara M. Wolke*
Kara M. Wolke