**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| RAJESH M. SHAH, et. al., | Case No. 3:16-cv-00815-PPS-MGG |
| Plaintiffs, | |
| v. | |
| ZIMMER BIOMET HOLDINGS, INC., et. al. | |
| Defendants. | |

**LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND
<u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Court-appointed Lead Counsel, Glancy Prongay & Murray LLP, hereby respectfully moves the Court for entry of the [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses in the above-captioned action (the "Action").[1]

In support of this motion, Lead Counsel relies on the accompanying Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Kara M. Wolke in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all pleadings and records on file in this Action; and such additional evidence or argument as may be presented at the hearing on this matter previously scheduled by the Court for September 3, 2020.

Dated: July 30, 2020

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kara M. Wolke*
Robert V. Prongay
Kara M. Wolke
Jason L. Krajcer
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
           kwolke@glancylaw.com
           jkrajcer@glancylaw.com
           lsolish@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 14, 2020 (ECF No. 246-1).

**KIRBY McINERNEY LLP**
Ira M. Press
David A. Bishop
Thomas W. Elrod
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Email: ipress@kmllp.com
　　　　dbishop@kmllp.com
　　　　telrod@kmllp.com

*Counsel for UFCW Local 1500 and Additional Plaintiffs' Counsel*

**KATZ KORIN CUNNINGHAM PC**
Offer Korin, Indiana Atty. No. 14014-49
334 North Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 464-1100
E-mail: okorin@kkclegal.com

*Liaison Counsel*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Email: howardsmith@howardsmithlaw.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2020, a copy of this document was served on all counsel of record by operation of the Court's electronic filing system.

*s/ Kara M. Wolke*
Kara M. Wolke