AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RAJESH M SHAH, Individually and On Behalf of All Others Similarly Situated,
MATT BRIERLEY, Individually and On Behalf of All Others Similarly Situated,
ERIC LEVY, Individually and On Behalf of All Others Similarly Situated, termed 06/13/2019,
LOCAL 1500 UFCW, Individually and On Behalf on All Others Similarly Situated,
STEVEN CASTILLO, Individually and On Behalf on All Others Similarly Situated,

        Plaintiffs

    v.        Civil Action No.  3:16-cv-00815

ZIMMER BIOMET HOLDINGS, INC., DAVID C DVORAK, DANIEL P. FLORIN, ROBERT J. MARSHALL, JR., CHRISTOPHER B BEGLEY, BETSY J BERNARD, PAUL M BISARO, GAIL K BOUDREAUX, TONY W COLLINS, LARRY GLASSCOCK, ROBERT A HAGEMANN, ARTHUR J HIGGINS, MICHAEL W MICHELSON, JEFFREY K RHODES, GOLDMAN, SACHS & CO., termed 10/06/2017, J.P. MORGAN SECURITIES LLC, termed 10/06/2017, CECIL B PICKETT, MICHAEL J. FARRELL, KKR BIOMET LLC, TPG PARTNERS IV, L.P., TPG PARTNERS V, L.P., TPG FOF V-A, L.P., TPG FOF V-B, L.P., TPG LVB CO-INVEST LLC, TPG LVB CO-INVEST II LLC, GS CAPITAL PARTNERS VI FUND, L.P., GS CAPITAL PARTNERS VI PARALLEL, L.P., GS CAPITAL PARTNERS VI OFFSHORE FUND, L.P., GS CAPITAL PARTNERS VI GMBH & CO. KG, GOLDMAN SACHS BMET INVESTORS, L.P., GOLDMAN SACHS BMET INVESTORS OFFSHORE HOLDINGS, L.P., PEP BASS HOLDINGS, LLC, PRIVATE EQUITY PARTNERS 2004 DIRECT INVESTMENT FUND L.P., PRIVATE EQUITY PARTNERS 2005 DIRECT L.P., PRIVATE EQUITY PARTNERS IX DIRECT L.P., GS LVB CO-INVEST, L.P.,

        Defendants,

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐  the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒  Other: FINAL JUDGMENT APPROVING CLASS ACTION SETTLEMENT [DE 272] as outlined.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE:   November 22, 2021                    GARY T. BELL, CLERK OF COURT

                                             By: s/ L. Higgins-Conrad
                                                 *Signature of Deputy Clerk*